■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DEVON M. WILT, on Behalf of VICTOR BAE, Petitioner, v WARDEN, BROOKLYN DETENTION COMPLEX, Respondent. [41 NYS3d 433]—Writ of habeas corpus in the nature of an application for bail reduction upon Kings County indictment No. 2268/16 and to set reasonable bail.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the Supreme Court, Kings County, did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger*, 25 NY2d 497, 499 [1969]; *see People ex rel. Rosenthal v Wolfson*, 48 NY2d 230 [1979]). Balkin, J.P., Hall, LaSalle and Connolly, JJ., concur.